# CERTIFICATE OF SERVICE

UNITED STATES OF AMERICA,

Plaintiff,

v. Case Number: 00-33(01)(DWF/AJB)

MIGUEL CAZARES-BRAVO,

Defendant.

I hereby certify that on September 22, 2006, I served, or caused to be served, the following documents:

MOTION TO DISMISS INDICTMENT

I certify, further, that I electronically filed the above-listed documents with the Clerk of the Court by using ECF, which constitutes service on the following ECF participants, pursuant to the ECF Procedures for the District of Minnesota:

**Daniel M Scott**
dscott@kelleywolter.com attorneys@kelleywolter.com

RACHEL K. PAULOSE
United States Attorney

*s/ Regina M. Hammes*

BY: REGINA M. HAMMES
Legal Assistant