**UNITED STATES DISTRICT COURT**
**DISTRICT OF MINNESOTA**

United States of America, Criminal No. 00-33(1) (DWF/AJB)

Plaintiff,

v. **ORDER OF DISMISSAL**

Miguel Cazarez-Bravo,

Defendant.

---

Joseph T. Walbran and Andrew S. Dunne, Assistant United States Attorneys, United States Attorney's Office, counsel for Plaintiff.

Daniel M. Scott, Esq., Kelley & Wolter, P.A., counsel for Defendant.

---

**IT IS HEREBY ORDERED** that pursuant to Rule 48(a) of the Federal Rules of Criminal Procedure, the United States' motion for dismissal (Doc. No. 67) is hereby **GRANTED** and the Indictment against the above-named defendant is dismissed.

Dated: September 25, 2006

s/Donovan W. Frank
DONOVAN W. FRANK
Judge of United States District Court